ACCEPTED
15-25-00088-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
6/24/2025 2:15 PM
CHRISTOPHER A. PRINE
CLERK

No. 15-25-00088-CV

IN THE COURT OF APPEALS

FOR THE FIFTEENTH JUDICIAL DISTRICT

AUSTIN, TEXAS

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
6/24/2025 2:15:14 PM
CHRISTOPHER A. PRINE
Clerk

IN RE: ASTRAZENECA PHARMACEUTICALS LP

*Relator*

Original Proceeding from the 71st Judicial District Court
in Harrison County, Texas
The Honorable Brad Morin, Presiding

**SECOND UNOPPOSED MOTION FOR EXTENSION OF TIME
TO FILE BRIEF FOR REAL PARTIES-IN-INTEREST AND PLAINTIFFS**

Samuel F. Baxter
Jennifer L. Truelove
McKool Smith, P.C.
104 East Houston, Suite 300
Marshall, Texas 75670
(903) 923-9000
Fax: (903) 923-9099

Mark Lanier
Zeke DeRose
Jonathan Wilkerson
THE LANIER FIRM
10940 W. Sam Houston Pkwy N, Suite 100
Houston, TX 77064
(800) 723-3216
Fax: (713) 659-2204

***Attorneys for Plaintiffs and
Real-Parties-in-Interest SCEF, LLC and
Lynne Levin-Guzman***

4886-1809-5088

Plaintiffs and Real-Parties-in-Interest SCEF, LLC and Lynne Levin-Guzman (collectively, "Plaintiffs") respectfully request an additional, 10-day extension to submit their responsive briefing to the mandamus petition filed by Relator AstraZeneca Pharmaceuticals LP ("AstraZeneca"), making the response due on July 10, 2025.

In support of their motion, Plaintiffs state as follows:

1. On May 9, 2025, AstraZeneca filed a petition for writ of mandamus challenging a venue-related ruling the District Court issued on September 1, 2023.

2. The original deadline set by this Court for Plaintiffs to file their responsive briefing was June 9, 2025.

3. On May 30, 2025, Plaintiffs filed a Motion—to which AstraZeneca consented—seeking to extend the deadline for their responsive briefing to June 30, 2025.

4. Plaintiffs explained that the extension was warranted due to significant fact discovery work that was expected to overwhelm Plaintiffs' legal team throughout the month of June.

5. The Court granted Plaintiffs' Motion on May 30, 2025, and extended the deadline for Plaintiffs' responsive briefing to June 30, 2025.

4886-1809-5088

6. In the weeks that have passed since Plaintiffs obtained the initial extension, it has become apparent that fact discovery will continue until, at the very least, mid-July, and, accordingly, the parties have discussed an amended Docket Control Order that is under consideration by the District Court.

7. Because Plaintiffs' legal team continues to be stretched to capacity with ongoing discovery work and the preparation of expert reports, Plaintiffs have requested an additional, 10-day extension, to prepare their responsive briefing to the mandamus petition.

8. Plaintiffs have conferred with AstraZeneca, who has consented to the relief requested herein.

9. The additional, 10-day extension is not being sought for purposes of delay, but rather to enable Plaintiffs' legal team to prepare the responsive briefing while simultaneously complying with the District Court's pre-trial deadlines.

10. Plaintiffs respectfully request that the Court extend the deadline for Plaintiffs to file their responsive briefing to July 10, 2025.

11. This is the second request for an extension of time, and Plaintiffs believe no additional extensions will be needed.

2

June 24, 2025

Respectfully submitted,

_/s/ Sam Baxter_
Samuel F. Baxter (co-lead counsel)
sbaxter@mckoolsmith.com
Jennifer L. Truelove
jtruelove@mckoolsmith.com
MCKOOL SMITH P.C.
104 East Houston, Suite 300
Marshall, Texas 75670
(903) 923-9000
Fax: (903) 923-9099

_/s/ W. Mark Lanier_
Mark Lanier (co-lead counsel)
WML@LanierLawFirm.com
Zeke DeRose
Zeke.DeRose@LanierLawFirm.com
Jonathan Wilkerson
Jonathan.Wilkerson@LanierLawFirm.com
THE LANIER FIRM
6810 FM 1960 West
Houston, Texas 77069
(800) 723-3216
Fax:  (713) 659-2204

***ATTORNEYS FOR PLAINTIFF/REAL-PARTY-IN-INTEREST HEALTH SELECTION GROUP, LLC***

3

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that, concurrently with the filing of this motion on June 24, 2025, a true and correct copy of the above and foregoing document has been served to counsel of record through the Court's e-filing system.

/s/ Samuel F. Baxter
Samuel F. Baxter

## CERTIFICATE OF CONFERENCE

The undersigned certifies that Plaintiffs requested AstraZeneca's consent to the relief sought herein.  On June 20, 2025, counsel for AstraZeneca indicated that AstraZeneca consents to Plaintiffs' request for extension.

/s/ Samuel F. Baxter
Samuel F. Baxter

4

4886-1809-5088

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Envelope ID: 102364785
Filing Code Description: Motion
Filing Description: SECOND UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE BRIEF FOR REAL PARTIES-IN-INTEREST AND PLAINTIFFS
Status as of 6/24/2025 2:22 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Kennon L.Wooten | | kwooten@scottdoug.com | 6/24/2025 2:15:14 PM | SENT |
| Angela Goldberg | | agoldberg@scottdoug.com | 6/24/2025 2:15:14 PM | SENT |
| Jonathan Wilkerson | 24050162 | jonathan.wilkerson@lanierlawfirm.com | 6/24/2025 2:15:14 PM | SENT |
| Melissa Smith | 24001351 | melissa@gillamsmithlaw.com | 6/24/2025 2:15:14 PM | SENT |
| William Peterson | 24065901 | William.Peterson@morganlewis.com | 6/24/2025 2:15:14 PM | SENT |
| Samuel Baxter | 1938000 | sbaxter@mckoolsmith.com | 6/24/2025 2:15:14 PM | SENT |
| Brian McBride | 24002554 | scott.mcbride@morganlewis.com | 6/24/2025 2:15:14 PM | SENT |
| Zeke DeRose | 24057421 | zeke.derose@lanierlawfirm.com | 6/24/2025 2:15:14 PM | SENT |
| Jennifer Truelove | 24012906 | jtruelove@mckoolsmith.com | 6/24/2025 2:15:14 PM | SENT |
| Alex Brown | 24026964 | alex.brown@lanierlawfirm.com | 6/24/2025 2:15:14 PM | SENT |
| Lynne Kurtz-Citrin | 24081425 | lynne.kurtz-citrin@oag.texas.gov | 6/24/2025 2:15:14 PM | SENT |
| Jonathan Bonilla | 24073939 | Jonathan.Bonilla@hhs.texas.gov | 6/24/2025 2:15:14 PM | SENT |
| W. Mark Lanier | 11934600 | jrm@lanierlawfirm.com | 6/24/2025 2:15:14 PM | SENT |
| Heidi Rasmussen | 24090345 | heidi.rasmussen@morganlewis.com | 6/24/2025 2:15:14 PM | SENT |
| Nadia Burns | 24041176 | nadia.burns@oag.texas.gov | 6/24/2025 2:15:14 PM | SENT |
| Ruth Adams | | radams@scottdoug.com | 6/24/2025 2:15:14 PM | SENT |
| Steve McConnico | | smcconnico@scottdoug.com | 6/24/2025 2:15:14 PM | SENT |
| Jordan Kadjar | | jkadjar@scottdoug.com | 6/24/2025 2:15:14 PM | SENT |
| John Dodds | | john.dodds@morganlewis.com | 6/24/2025 2:15:14 PM | SENT |
| Erica Jaffe | | erica.jaffe@morganlewis.com | 6/24/2025 2:15:14 PM | SENT |
| W. Mark Lanier | | WML@LanierLawFirm.com | 6/24/2025 2:15:14 PM | SENT |

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Envelope ID: 102364785
Filing Code Description: Motion
Filing Description: SECOND UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE BRIEF FOR REAL PARTIES-IN-INTEREST AND PLAINTIFFS
Status as of 6/24/2025 2:22 PM CST

Case Contacts

| W. Mark Lanier | | WML@LanierLawFirm.com | 6/24/2025 2:15:14 PM | SENT |
|---|---|---|---|---|
| Vivian Egbu | | vivian.egbu@oag.texas.gov | 6/24/2025 2:15:14 PM | SENT |
| Lauren Sibley | | lauren.sibley@oag.texas.gov | 6/24/2025 2:15:14 PM | SENT |
| Cynthia  Lu | | cynthia.lu@oag.texas.gov | 6/24/2025 2:15:14 PM | SENT |
| Steven Strauss | | steven.strauss@morganlewis.com | 6/24/2025 2:15:14 PM | SENT |
| Angel Devine | | adevine@mckoolsmith.com | 6/24/2025 2:15:14 PM | SENT |
| denise lopez | | dlopez@mckoolsmith.com | 6/24/2025 2:15:14 PM | SENT |
| Paige Cheung | 24116193 | paige.cheung@oag.texas.gov | 6/24/2025 2:15:14 PM | ERROR |
| joel leach | | jleach@mckoolsmith.com | 6/24/2025 2:15:14 PM | SENT |